JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-5357 RBL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO |
| | ) | SEAL DOCUMENT |
| HECTOR SANCHEZ-ALEJANDRO, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Defendant Hector Sanchez-Alejandro to file Defendant's Sentencing Memorandum and Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that Defendant's Sentencing Memorandum be filed under seal.

DATED this 16th day of July, 2018.

Ronald B. Leighton
United States District Judge

Presented by:

s/ Jerome Kuh
Federal Public Defender
Attorney for Hector Sanchez-Alejandro

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**